✓ FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 1 5 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> 1. Derek Lamont Terry, <br> (Counts 1-5) <br><br> 2. Jordan Kay Lynn Thurman, <br> (Counts 1-5) <br><br> Defendants. | NO:   CR-16-01375-PHX-DGC(BSB) <br><br> **INDICTMENT** <br><br> VIO:  18 U.S.C. §1594(c) <br> (Conspiracy to Commit Sex Trafficking of Children) <br> **Count 1** <br><br> 18 U.S.C. §§1591(a)(1), (b)(2), and (c) <br> (Sex Trafficking of Children) <br> **Counts 2 & 3** <br><br> 18 U.S.C. §§2423(a) & (e) <br> (Transportation of Minor to Engage in Prostitution) <br> **Counts 4 & 5** |

THE GRAND JURY CHARGES:

## COUNT 1

On or about and between January 1, 2016 and April 28, 2016, within the District of Arizona, and elsewhere, defendants DEREK LAMONT TERRY and JORDAN KAY LYNN THURMAN, in and affecting interstate and foreign commerce, did conspire with each other and others to recruit, entice, harbor, transport, provide, obtain and maintain by any means a person and did benefit, financially and by receiving anything of value, from participation in a venture which has engaged in an act of recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means a person, namely, a

minor, Jane Doe, knowing that Jane Doe had not attained the age of 18 years of age and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a) and (b), and Title 18, United States Code, Section 1594(c).

## COUNT 2

On or between January 1, 2016 and April 27, 2016, within the District of Arizona, the defendants, DEREK LAMONT TERRY and JORDAN KAY LYNN THURMAN, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a minor, namely, Jane Doe, knowing and in reckless disregard of the fact that Jane Doe had not attained the age of 18 years and that Jane Doe would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a).

## COUNT 3

On or about April 28, 2016, within the District of Arizona, the defendants, DEREK LAMONT TERRY and JORDAN KAY LYNN THURMAN, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a minor, namely, Jane Doe, knowing and in reckless disregard of the fact that Jane Doe had not attained the age of 18 years and that Jane Doe would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a).

## COUNT 4

From on or about February 14, 2016 and continuing to on or about February 21, 2016, in the District of Arizona and elsewhere, DEREK LAMONT TERRY and JORDAN KAY LYNN THURMAN did knowingly transport and conspire to transport, Jane Doe, an individual who had not attained the age of 18 years, in interstate commerce from the State of Arizona to the State of California, with the intent that Jane Doe engage in prostitution.

In violation of Title 18, United States Code, Sections 2423(a) and (e).

## COUNT 5

From on or about February 24, 2016 and continuing to on or about March 14, 2016, in the District of Arizona and elsewhere, DEREK LAMONT TERRY and JORDAY KAY LYNN THURMAN did knowingly transport and conspire to transport, Jane Doe, an individual who had not attained the age of 18 years, in interstate commerce from the State of Arizona to the State of California, with the intent that Jane Doe engage in prostitution.

In violation of Title 18, United States Code, Sections 2423(a) and (e).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: November 15, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona


/s/
MARGARET PERLMETER
ROBERT BROOKS
Assistant U.S. Attorneys