ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
MARGARET PERLMETER
Assistant U.S. Attorney
Arizona State Bar No. 024805
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: margaret.perlmeter@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY
AUG 1 4 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Jordan Kaylynne Thurman,<br><br>　　　　　Defendant. | NO. CR-16-01375-002-PHX-DGC<br><br>**I N F O R M A T I O N**<br><br>**VIO:** 18 U.S.C. §§ 1956(a)(1)(A)(i)<br>(Laundering of Monetary Instruments) |

THE UNITED STATES ATTORNEY CHARGES:

On or between January 1, 2016 and April 28, 2016, in the District of Arizona, and elsewhere, the defendant, JORDAN KAYLYNNE THURMAN, did conduct or attempt to conduct a financial transaction affecting interstate and foreign commerce, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity. The property involved the proceeds of specified unlawful activity, specifically, Sex Trafficking of a Minor, in violation of Title 18, United States Code, Section 1591, with the intent to promote the carrying on of the specified unlawful activity. All in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

Dated this 3rd day of August, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

MARGARET PERLMETER
Assistant U.S. Attorney