ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ARTURO AGUILAR
Az. State Bar No.: 018963
MARGARET PERLMETER
Az. State Bar No.: 024805
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: arturo.aguilar@usdoj.gov
margaret.perlmeter@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Derek Lamont Terry,<br><br>　　　　　　Defendant. | CR-16-01375-TUC-CKJ and<br>CR-16-01350-TUC-CKJ<br><br>RESPONSE TO DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT |

　　　　The United States of America, by and through its undersigned attorneys responds to Defendant's Objections to the Presentence Investigation Report (PSR). Specifically, the United States concurs with Defendant's objection to Paragraph 103 of the PSR where it states the term of imprisonment on Count 2 must be imposed consecutively to any other counts. In CR16-1350-TUC-CKJ, Defendant pleaded guilty to Counts 1 and 2, (Transportation of Minor with Intent to Engage in Prostitution) of the second superseding indictment. (PSR ¶ 5.) In CR16-1375-PHX-CKJ, Defendant pleaded guilty to Count 2 (Sex Trafficking of Children) of the indictment. (PSR ¶ 7.) For these crimes, the law does not require a consecutive sentence be imposed. Accordingly, the government respectfully requests the PSR be corrected.

　　　　The United States does not respond to Defendant's Objection 2 at this time because Defendant indicates a separate motion will be filed.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

Arturo Aguilar
Margaret Perlmeter

ARTURO AGUILAR
MARGARET PERLMETER
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 22nd day of December, 2017, to:

Joseph Duarte, Esq.